1
2
3
4
5                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
                                   AT TACOMA
6
7    RICHARD ROY SCOTT,                          No. C11-5509 BHS/KLS

8                          Plaintiff,            ORDER RE-NOTING MOTIONS

9         v.

10   KELLY CUNNINGHAM,

                           Defendant.
11
            This matter was stayed pending decision by Chief Judge Marsha J. Pechman of Plaintiff's
12
     motion to recuse the undersigned magistrate judge. ECF No. 45. Pursuant to the Order staying
13
     this matter, Plaintiff's Motion for Leave to Depose Non-Parties (ECF No. 27), Motion for
14
     Default (ECF No. 31), and Motion to Add Defendant (ECF No. 39) were removed from the
15
     Court's calendar. Chief Judge Pechman has denied Plaintiff's motion for recusal. ECF No. 49.
16
     The stayed motions will now be re-noted on the Court's calendar to allow the parties to respond
17
     and reply in a timely fashion.
18
            As Plaintiff was previously advised, motions he filed while this matter was stayed would
19
     not be considered and would be dismissed. *See* ECF No. 45 at 3. Plaintiff filed motions after the
20
     stay. If Plaintiff wishes any dismissed motion to be considered, he must re-file the motion, serve
21
     counsel for Defendant, and note the motion for hearing on the Court's calendar.
22

23

24

25

26

     ORDER - 1

It is **ORDERED** that the Clerk shall **re-note** Plaintiff's motions (ECF Nos. 27, 31, and 39) for **November 4, 2011.**

**DATED** this  19th  day of October, 2011.

Karen L. Strombom
United States Magistrate Judge