UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RICHARD ROY SCOTT, | |
|---|---|
| Plaintiff, | NO. C11-5509 BHS/KLS |
| v. | ORDER EXTENDING DEADLINE TO RESPOND |
| KELLY CUNNINGHAM, | |
| Defendant. | |

Before the Court is Defendant's motion (ECF No. 118) for an extension of time to respond to Plaintiff's motions (ECF Nos. 63, 85, 94, 101, 102[1], 109, 111 and his objections (no ECF Nos. yet) to the Court's Reports and Recommendations at ECF Nos. 105-107. Plaintiff does not object. ECF No. 127.

Accordingly, it is **ORDERED:**

(1) Defendants' motion for an extension (ECF No. 118) is **GRANTED.**

(2) Defendant's responses to ECF Nos. 101 and 111 are due **January 24, 2012**; to ECF No. 109) is due **January 26, 2012**; to ECF No. 63, 85, 94 are due **January 30, 2012**; and to Plaintiff's objections to ECF Nos. 105-107 (ECF Nos. not yet assigned) are due **January 30, 2012.**

//

//

---

[1] Plaintiff's "Emergency Motion for Temporary Restraining Order at ECF No. 102 does not require a response. Pursuant to the case management order, any motions for temporary relief must first be reviewed by the judge and the defendant need not file a response to the motion unless directed to do so by the judge.

ORDER - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 17th day of January, 2012.

Karen L. Strombom
United States Magistrate Judge