1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

               Plaintiff,

     v.

KELLY CUNNINGHAM,

             Defendant.

CASE NO. C11-5509BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendations ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkts. 105, 106, & 107) and Plaintiff Richard Roy Scott's ("Scott") objections to the R&R (Dkt. 114).

On December 12, 2011, Judge Strombom issued all three R&Rs recommending that the Court deny Scott's three motions for declaratory relief because they are without merit and not supported by the record. *See, e.g.,* Dkt 106. Judge Strombom also recommends that the Court admonish Scott pursuant to the case management orders regulating his vexatious litigation. *Id*. at 3.

Scott objects, arguing (1) that the motions were unopposed and should have been granted on that basis alone and (2) that the issues he seeks declaratory judgment on are within the scope of his complaint. Dkt. 114. First, all three of Scott's motions were opposed. *See* Dkts. 72, 73, & 74. Thus, Scott is not only wrong, but he has misrepresented facts to the Court.

ORDER - 1

Second, Scott's motions contain broad allegations of unconstitutional policies. These issues are not within the scope of his complaint, which alleges violations that specifically apply to how he is being treated individually.  Therefore, Scott's objections are without merit.

With regard to the admonishment, the Court agrees with Judge Strombom.  Scott has filed numerous duplicative motions such as motions for temporary relief and to appoint counsel.  Scott is hereby on notice that further duplicative or cumulative motions will result in dismissal of this action.

Therefore, the Court having considered the R&Rs, Scott's objections, and the remaining record, does hereby find and order as follows:

(1)     The R&Rs are **ADOPTED**;

(2)     Scott's motions for declaratory relief (Dkts. 64, 65 & 67) are **DENIED**; and

(3)     Scott is **ADMONISHED** that further duplicative or cumulative motions will result in **DISMISSAL**.

DATED this 16th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2