1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
                                     AT TACOMA

7

8    RICHARD ROY SCOTT,

9                    Plaintiff,                    CASE NO. C11-5509BHS

10        v.

11   KELLY CUNNINGHAM,                             ORDER ADOPTING REPORT
                                                   AND RECOMMENDATION
12                   Defendant.

13

14        This matter comes before the Court on the Report and Recommendations ("R&R")

15   of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkts. 105, 106, &

16   107) and Plaintiff Richard Roy Scott's ("Scott") objections to the R&R (Dkt. 114).

17        On December 12, 2011, Judge Strombom issued all three R&Rs recommending

18   that the Court deny Scott's three motions for declaratory relief because they are without

19   merit and not supported by the record. *See, e.g.,* Dkt 106. Judge Strombom also

20   recommends that the Court admonish Scott pursuant to the case management orders

21   regulating his vexatious litigation. *Id*. at 3.

22        Scott objects, arguing (1) that the motions were unopposed and should have been

23   granted on that basis alone and (2) that the issues he seeks declaratory judgment on are

24   within the scope of his complaint. Dkt. 114. First, all three of Scott's motions were

25   opposed. *See* Dkts. 72, 73, & 74. Thus, Scott is not only wrong, but he has

26   misrepresented facts to the Court.

27

28

ORDER - 1

Second, Scott's motions contain broad allegations of unconstitutional policies. These issues are not within the scope of his complaint, which alleges violations that specifically apply to how he is being treated individually. Therefore, Scott's objections are without merit.

With regard to the admonishment, the Court agrees with Judge Strombom. Scott has filed numerous duplicative motions such as motions for temporary relief and to appoint counsel. Scott is hereby on notice that further duplicative or cumulative motions will result in dismissal of this action.

Therefore, the Court having considered the R&Rs, Scott's objections, and the remaining record, does hereby find and order as follows:

(1)    The R&Rs are **ADOPTED**;

(2)    Scott's motions for declaratory relief (Dkts. 64, 65 & 67) are **DENIED**; and

(3)    Scott is **ADMONISHED** that further duplicative or cumulative motions
       will result in **DISMISSAL**.

DATED this 16th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2