UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>     Plaintiff,<br><br> v.<br><br>KELLY CUNNINGHAM,<br><br>     Defendant. | NO. C11-5509 BHS/KLS<br><br>ORDER DENYING MOTION TO CONSOLIDATE |

Before the Court is Plaintiff's motion to consolidate. ECF No. 129. Mr. Scott requests the Court to consolidate his latest lawsuit, Case No. C11-6015 BHS/KLS, with this case. However, this Court has declined to serve the complaint in case No. C11-6015 BHS/KLS because it is deficient. ECF No. 6 therein. Mr. Scott has been ordered to show cause why his case should not be dismissed or to file an amended complaint curing, if possible, the deficiencies noted in the Court's order. *Id.* In the meantime, Plaintiff has filed a motion requesting that the undersigned be recused. ECF No. 8 therein. Therefore, any consideration of consolidating these cases is premature.

//

//

//

ORDER - 1

Accordingly, it is **ORDERED** that Plaintiff's motion to consolidate (ECF No. 129) is **DENIED** and the Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  16th  day of February, 2012.

Karen L. Strombom
United States Magistrate Judge