UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>           Plaintiff,<br><br>  v.<br><br>KELLY CUNNINGHAM,<br><br>           Defendant. | NO. C11-5509 BHS/KLS<br><br>ORDER DENYING MOTION FOR DISCOVERY |

Before the Court is Plaintiff's motion for discovery. ECF No. 110. Defendant opposes the motion and asks the Court to impose appropriate sanctions against Plaintiff for filing duplicative and repetitive motions. ECF No. 113.

**DISCUSSION**

Pursuant to the Case Management Order governing this case, Mr. Scott must submit written discovery to the Court for prior approval before engaging in discovery. *Scott v. Seling*, C04-5147 RJB. ECF No. 170 ¶ 4. In his Amended Complaint, Mr. Scott raises three issues relating to the conditions of his confinement at the SCC: (1) inadequate medical care, (2) lack of emergency services, and (3) interference with access to courts due to inadequate processing of mail and legal copies. ECF No. 2. In particular, he alleges that his medical care is no longer adequate, there is no longer an emergency ambulance service to the ferry, there is no longer a fire department or emergency response team, he is no longer being given medical care, he has been unable to obtain new glasses, his incoming and outgoing mail is not being processed on a

daily basis, his legal copies are not being made in a timely manner, and his request to have his investigator paid has never been filed. *Id.*

In this motion for discovery (ECF No. 110), Mr. Scott makes many of the same requests previously made in his motion for leave to conduct discovery (ECF No. 80) and his motion for leave to proceed with the non-stenographic deposition of Defendant Kelly Cunningham (ECF No. 87). This Court previously limited the matters of inquiry for interrogatories to Mr. Cunningham to: (1) the number of paramedic personnel and their training; (2) the number of fire station personnel and their training; (3) the nature of medical services provided to Plaintiff in the past year. ECF No. 99, p. 2. The Court denied ECF No. 87 as duplicative.

The matters raised in this motion (ECF No. 110) go beyond the Court's Order and what the Court has deemed relevant to the claims raised by Mr. Scott in his complaint. For example, Mr. Scott seeks a description of the amenities available on the SCC's emergency speed boat (e.g., length, whether it is heated or has a cabin, the type of engine), the parking location of SCC's ambulance, the ferry schedule, whether armed guards are available to transport patients *or staff* by ambulance to the ferry, and whether SCC is moving off McNeil Island. ECF No. 110, p. 4.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for discovery (ECF No. 110) is **DENIED.** The Court declines to assess sanctions at this time.

(2) The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  16th  day of February, 2012.

Karen L. Strombom
United States Magistrate Judge