UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>                Plaintiff,<br><br>  v.<br><br>KELLY CUNNINGHAM,<br><br>                Defendant. | NO. C11-5509 BHS/KLS<br><br>ORDER EXTENDING AND RE-NOTING DEADLINES |

The Court hereby **ORDERS** as follows:

(1) Defendant's motion (ECF No. 141) for an extension is **GRANTED.** Defendant's response to ECF No. 101 is due **January 31, 2012.**

(2) The Clerk of the Court shall **re-note** the Plaintiff's motions for summary judgment for the Court's consideration on the same date as the Defendants' cross-motions for summary judgment as follows: Plaintiff's motion for summary judgment (ECF Nos. 63, 85, and 94) and motions for partial summary judgment (ECF Nos. 101 and 134), shall be **re-noted for February 24, 2012.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  16th day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1