UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

        Plaintiff,

v.

KELLY CUNNINGHAM,

        Defendant.

CASE NO. C11-5509BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 142) and Plaintiff Richard Roy Scott's ("Scott") objections to the R&R (Dkt. 163).

On December 16, 2011, Scott filed an emergency motion for temporary restraining order. Dkt. 102. On January 23, 2012, Judge Strombom issued the R&R recommending that the Court strike the motion and not require Defendant to respond. Dkt. 142. On January 27, 2012, Scott filed objections, but he failed to address the deficiencies in his motion for temporary relief. Dkt. 142.

Therefore, the Court having considered the R&R, Scott's objections, and the remaining record, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Scott's motion (Dkt. 102) is **STRICKEN**.

DATED this 6th day of March, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER