UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

                Plaintiff,

  v.

KELLY CUNNINGHAM,

                Defendant.

No. C11-5509 BHS/KLS

**ORDER REGARDING DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Before the Court is Defendant's Motion for Protective Order. ECF No. 164. Defendant seeks an order precluding disclosure of former SCC Policy 860 to the Plaintiff. *Id.* Before the Court may issue a decision on this motion, it is necessary to review the policy.

Accordingly, it is **ORDERED:**

(1) Defendant shall file a copy of former SCC Policy 860 *in camera* under seal within **ten days** of the date of this Order.

(2) The Court shall defer ruling on Defendant's motion for protective order (ECF No. 164) pending its review of the policy.

(3) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendant.

**DATED** this 5th day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1