UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

            Plaintiff,

  v.

KELLY CUNNINGHAM,

            Defendant.

NO. C11-5509 BHS/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION

Before the Court is Plaintiff's motion for extension of time. ECF No. 170. Although Plaintiff failed to identify which motions his requested extension is meant to apply, it appears that he seeks an extension to file a reply to Defendant's responses to Plaintiff's motions for summary judgment (ECF Nos. 63, 85, 94) and Plaintiff's motions for summary judgment (ECF Nos. 101 and 134). Thus, Plaintiff seeks additional time to basically file a reply to his own motions. In addition, Plaintiff's reasons for the extension are unclear and do not relate to the particular case before the Court. However, in an abundance of caution, the motion shall be granted but only for a short time. As this case was stayed pending resolution by the Chief Judge of Plaintiff's second motion to recuse, Plaintiff has had the benefit of that additional time as well as the time allowed by this Order.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion for extension of time (ECF No. 170) is **GRANTED;** Plaintiff's time to file a reply to Defendant's responses to Plaintiff's motions for summary judgment (ECF Nos. 63, 85, 94) and motions for partial summary judgment (ECF Nos. 101 and 134), shall be due **on or before May 4, 2012.** Plaintiff's time to file a response to

ORDER - 1

1  Defendants' cross-motions for summary judgment (ECF Nos. 148, 156, and 161) shall be due
2  **on or before May 14, 2012.**  Defendant may file a reply on **May 18, 2012.**

3      (2)   The Clerk is directed to **re-note** the foreground motions (ECF Nos. 63, 85, 94,
4  101, 134, 148, 156, and 161) for **May 18, 2012.**

5      (3)   The Clerk is directed to send copies of this Order to Plaintiff and to counsel for
6  Defendants.

7      **DATED** this  12th  day of April, 2012.

*(signature)*

Karen L. Strombom
United States Magistrate Judge

ORDER - 2