UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

  v.

KELLY CUNNINGHAM,

    Defendant.

Case No. C11-5509BHS

ORDER ADOPTING REPORT AND RECOMMENDATIONS AND DENYING APPEAL

This matter comes before the Court on the Report and Recommendations ("R&Rs") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkts. 198 & 199), and Plaintiff Richard Roy Scott's ("Scott") appeal of a non-dispositive order (Dkt. 223).

With regard to the appeal, Scott's arguments are completely without merit. Scott cites no error of law and simply disagrees with Judge Strombom's decision.

With regard to the R&Rs, Scott did not file any objections. Therefore, having considered the R&Rs, the appeal, and the remaining record, the Court does hereby find and order as follows:

(1)     The R&Rs (Dkts. 198 & 199) are **ADOPTED**; and

(2)     Scott's appeal is **DENIED**..

DATED this 23rd day of April, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER