UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KELLY CUNNINGHAM,<br><br>　　　　　Defendant. | NO. C11-5509 BHS/KLS<br><br>ORDER DENYING MOTION FOR HEARING |

Before the Court is Plaintiff's motion for hearing. ECF No. 259. Plaintiff requests that the Court direct Defendant to respond to his motion for temporary restraining order (ECF No. 61). The parties have completed their briefing with respect to the issues raised in Plaintiff's motion and this Court has made its Report and Recommendation. *See* ECF No. 248. Therefore, Plaintiff's motion is now moot.

Accordingly, it is **ORDERED:**

(1)　Plaintiff's motion for hearing (ECF No. 259) is **DENIED.**

(2)　The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  30th  day of April, 2012.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 1