UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

KELLY CUNNINGHAM,

    Defendant.

NO. C11-5509 BHS/KLS

ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTIONS

Before the Court are Plaintiff Richard Roy Scott's Motion to Withdraw All Motions/Appeals (ECF No. 261) and Motion to Dismiss (ECF No. 262). Mr. Scott claims that the issues in his lawsuit are moot because the Special Commitment Center (SCC) is moving its operations off McNeil Island. *Id.*

Accordingly, it is **ORDERED:**

(1) Defendant Kelly Cunningham is directed to advise the Court whether the SCC currently plans to move its operations off McNeil Island. Defendant shall provide the Court with this information **on or before May 11, 2012**.

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  30th  day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1