1
2
3
4                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
5                              AT TACOMA

6  RICHARD ROY SCOTT,

7                          Plaintiff,        NO. C11-5509 BHS/KLS

8          v.                                ORDER TO SHOW CAUSE RE:
                                             MOTION TO WITHDRAW AND
9  KELLY CUNNINGHAM,                         MOTION TO DISMISS

10                         Defendant.

11        Before the Court are Plaintiff Richard Roy Scott's Motion to Withdraw All

12  Motions/Appeals (ECF No. 261) and Motion to Dismiss (ECF No. 262).  Mr. Scott states that

13  the Special Commitment Center (SCC) where he is housed is closing and moving its operations

14  off McNeil Island.  *Id.*  Mr. Scott states that because his claims in this lawsuit are premised on

15  the conditions of his confinement and the SCC's ability to conduct its operations on McNeil

16  Island, his claims are now moot.  *Id.*   According to Defendant Kelly Cunningham, the Chief

17  Executive Officer of the SCC, the SCC is not closing and whether the SCC relocates from

18  McNeil island at some point in the future is a decision that has not been made.  ECF No. 281

19  (Declaration of Kelly Cunningham).

20        Mr. Scott is mistaken in his belief that the SCC is moving its operations off McNeil

21  Island.  He is, therefore, directed to indicate to this Court whether he wishes to proceed with

22  his motions to withdraw and to dismiss (ECF Nos. 261 and 262) or whether he wishes to have

23  them removed from the Court's calendar.

24

25

26

ORDER - 1

Plaintiff shall advise the Court **on or before May 18, 2012 or the Court will assume that Plaintiff wishes to proceed with the motions as noted.**

Accordingly, it is **ORDERED:**

(1)     Plaintiff's shall advise the Court **on or before May 18, 2012** how he wishes to proceed as to his motions to withdraw (ECF No. 261) and motion to dismiss (ECF No. 262).

(2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  1st  day of May, 2012.

Karen L. Strombom
United States Magistrate Judge